In the Matter of MARK S. GOLDSTEIN, Nonparty Appellant, v WILLIAM D. ZABEL, Nonparty Respondent.

Submitted June 26, 2017; decided September 12, 2017

Motion by New York State Trial Lawyers Association for leave to appear as amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

Judge FEINMAN taking no part.

HSBC BANK USA, N.A., Respondent, v CHRISTOPHER N. CROSSLAND, Appellant, et al., Defendants.

Submitted June 19, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

RONALD JACOBUS, Appellant, v BATTERY PARK HOTEL MANAGEMENT, LLC, Respondent.

Submitted July 24, 2017; decided September 12, 2017

Motion for reargument of motion for leave to appeal dismissed as untimely (see Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [see 17 NY3d 704 (2011)].

Judge FEINMAN taking no part.